UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER J. HRANEK,

    Plaintiff,

v.

MORGAN & MORGAN, P.A.,

    Defendant.

CASE NO.: 3:13-cv-01061-MMH-JRK

# **DEFENDANT'S VERIFIED SUMMARY OF HOURS[1]**

COMES NOW the Defendant, Morgan & Morgan, P.A., by and through its undersigned attorneys, pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Court's FLSA Scheduling Order entered herein on September 4, 2013, and hereby files and serves a verified summary of hours reported as worked by the Plaintiff, Christopher J. Hranek, during each relevant pay period throughout the maximum back pay liability period (August 29, 2010 through August 29, 2013), and the wages Defendant paid to Plaintiff each pay period during the maximum back pay liability period, as follows:

| Pay Period Ending | Hours Worked | Overtime Hours Worked | Wages Paid |
|---|---|---|---|
| Equivalent hourly rate of pay of $12.02 | | | |
| 08/21/10 | 80 | 0 | $ 961.54 |
| 09/04/10 | 80 | 0 | $ 961.54 |
| 09/18/10 | 80 | 0 | $ 1,235.58[2] |

---

[1]     This summary is based upon the hours reported as worked by Plaintiff during the relevant pay periods and is subject to future objection by Defendant.

[2]     The pay for this period includes $225.96 in retroactive pay.

- 1 -
FORDHARRISON<sup>LLP</sup> | CASE NO.: 3:13-cv-01061-MMH-JRK

| Pay Period Ending | Hours Worked | Overtime Hours Worked | Wages Paid |
|---|---|---|---|
| Equivalent hourly rate of pay increased to $12.62 | | | |
| 10/02/10 | 80 | 0 | $ 1,009.62 |
| 10/16/10 | 80 | 0 | $ 1,009.62 |
| 10/30/10 | 80 | 0 | $ 1,009.62 |
| 11/13/10 | 80 | 0 | $ 1,380.81[3] |
| 11/27/10 | 80 | 0 | $ 1,009.62 |
| 12/11/10 | 80 | 0 | $ 1,009.62 |
| 12/25/10 | 80 | 0 | $ 1,009.62 |
| 01/08/11 | 80 | 0 | $ 1,009.62 |
| 01/22/11 | 80 | 0 | $ 1,009.62 |
| 02/05/11 | 80 | 0 | $ 1,009.62 |
| 02/19/11 | 80 | 0 | $ 1,009.62 |
| 03/05/11 | 80 | 0 | $ 1,009.62 |
| 03/19/11 | 80 | 0 | $ 1,009.62 |
| 04/02/11 | 80 | 0 | $ 1,009.62 |
| 04/16/11 | 80 | 0 | $ 1,009.62 |
| 04/30/11 | 80 | 0 | $ 1,009.62 |
| 05/14/11 | 80 | 0 | $ 1,009.62 |
| 05/28/11 | 80 | 0 | $ 1,009.62 |
| 06/11/11 | 80 | 0 | $ 1,009.62 |
| 06/25/11 | 80 | 0 | $ 1,009.62 |
| 07/09/11 | 80 | 0 | $ 1,009.62 |
| 07/23/11 | 80 | 0 | $ 1,009.62 |
| 08/06/11 | 44 | 0 | $ 1,060.10 |
| Equivalent hourly rate of pay increased to $13.25 | | | |
| 08/20/11 | 28 | 0 | $ 1,060.10 |
| 09/03/11 | 28 | 0 | $ 1,060.10 |

---

[3] The pay for this period includes $371.19 in bonus pay.

| Pay Period Ending | Hours Worked | Overtime Hours Worked | Wages Paid |
|---|---|---|---|
| 09/17/11 | 28 | 0 | $ 1,060.10 |
| 10/01/11 | 28 | 0 | $ 1,060.10 |
| 10/15/11 | 20 | 0 | $ 1,060.10 |
| 10/29/11 | 20 | 0 | $ 1,060.10 |
| 11/12/11 | 20 | 0 | $ 1,590.40[4] |
| 11/26/11 | 0 | 0 | $ 1,060.10 |
| 12/10/11 | 0 | 0 | $ 1,060.10 |
| 12/24/11 | 0 | 0 | $ 1,060.10 |
| 01/07/12 | 0 | 0 | $ 1,060.10 |
| 01/21/12 | 0 | 0 | $ 1,060.10 |
| 02/04/12 | 0 | 0 | $ 1,060.10 |
| 02/18/12 | 0 | 0 | $ 1,060.10 |
| 03/03/12 | 0 | 0 | $ 1,060.10 |
| 03/17/12 | 0 | 0 | $ 1,060.10 |
| 03/31/12 | 0 | 0 | $ 1,060.10 |
| 04/14/12 | 0 | 0 | $ 1,060.10 |
| 04/28/12 | 3 | 0 | $ 1,060.10 |
| 05/12/12[5] | 3 | 0 | $ 1,060.10 |
| 05/26/12 | - | - | - |
| 06/09/12 | - | - | - |
| 06/23/12 | - | - | - |
| 07/07/12 | - | - | - |
| 07/21/12 | - | - | - |
| 08/04/12 | - | - | - |
| 08/18/12 | - | - | - |
| 09/01/12 | - | - | - |
| 09/15/12 | - | - | - |

---

[4]     The pay for this period includes $529.94 in bonus pay.
[5]     Last pay period that Plaintiff received any compensation from Defendant.

| Pay Period Ending | Hours Worked | Overtime Hours Worked | Wages Paid |
|---|---|---|---|
| 09/29/12 | - | - | - |
| 10/13/12 | - | - | - |
| 10/27/12 | - | - | - |
| 11/10/12 | - | - | - |
| 11/24/12 | - | - | - |
| 12/08/12 | - | - | - |
| 12/22/12 | - | - | - |
| 01/05/13 | - | - | - |
| 01/19/13 | - | - | - |
| 02/02/13 | - | - | - |
| 02/16/13 | - | - | - |
| 03/02/13 | - | - | - |
| 03/16/13 | - | - | - |
| 03/30/13 | - | - | - |
| 04/13/13 | - | - | - |
| 04/27/13 | - | - | - |
| 05/11/13 | - | - | - |
| 05/25/13 | - | - | - |
| 06/08/13 | - | - | - |
| 06/22/13 | - | - | - |
| 07/06/13 | - | - | - |
| 07/20/13 | - | - | - |
| 08/03/13 | - | - | - |
| 08/17/13 | - | - | - |
| 08/31/13[6] | - | - | - |

---

[6] Plaintiff filed this civil action on August 29, 2013.

# VERIFICATION

STATE OF FLORIDA        )
                        )ss.:
COUNTY OF DUVAL         )

BEFORE ME, the undersigned authority, this day is personally appeared DONNY ALLEN OWENS, who is known to me who after being duly sworn states that the information contained in the foregoing Defendant's Verified Summary Of Hours is true and correct to the best of his knowledge, information, and belief based upon his personal knowledge and his review of Defendant's official payroll records for the period in question.

Signature: _____

Printed Name: DONNY ALLEN OWENS

SWORN TO AND SUBSCRIBED BEFORE ME this _____ day of January, 2014.

YER SHORE
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE224443
Expires 8/13/2016

Notary Public

DATED this 8th day of January, 2014.

                Respectfully submitted,

                /s/ John E. Duval
                John E. Duvall, Esquire
                Florida Bar Number 503932
                jduvall@fordharrison.com

                R. Michelle Tatum, Esquire
                Florida Bar Number 816051
                mtatum@fordharrison.com

                **FORDHARRISON**LLP
                225 Water Street, Suite 710 (32202)
                Post Office Box 41566
                Jacksonville, Florida  32203
                Telephone:   (904) 357-2000
                Facsimile:     (904) 357-2001

                Attorneys for the named Defendant,
                Morgan & Morgan, P.A.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January 2014, the foregoing Defendant's Verified Summary Of Hours was electronically filed with the Clerk of the Court using the CM/ECF system, which will not provide notice to Plaintiff as he is proceeding *pros se*. I further certify that on this same day I served a true and complete copy of the foregoing Defendant's Verified Summary Of Hours via United States Postal Service first class mail upon the following:

>Christopher J. Hranek
>2633 Lafayette Boulevard
>Steubenville, Ohio  43952
>
>Plaintiff proceeding *Pro Se*.


>/s/ John E. Duvall
>Attorney

Jacksonville:49780.1