UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER J. HRANEK,

    Plaintiff,

v.

MORGAN & MORGAN, P.A.,

    Defendant.

CASE NO.: 3:13-cv-01061-MMH-JRK

# DEFENDANT'S AMENDED[1] VERIFIED SUMMARY OF HOURS[2]

COMES NOW the Defendant, Morgan & Morgan, P.A., by and through its undersigned attorneys, pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Court's FLSA Scheduling Order entered herein on September 4, 2013, and hereby files and serves its amended verified summary of hours reported as worked by the Plaintiff, Christopher J. Hranek, during each relevant pay period throughout the maximum back pay liability period (August 29, 2010 through August 29, 2013), and the wages Defendant paid to Plaintiff each pay period during the maximum back pay liability period, as follows:

| Pay Period Ending | Hours Reported As Worked | Overtime Hours Reported As Worked | Salary and Wages Paid |
|---|---|---|---|
| Equivalent hourly rate of pay of $12.02 | | | |

---

[1] This summary has been amended to more accurately reflect the work hours reported by Plaintiff in the various pay periods. Through inadvertence, Defendant's counsel incorrectly interpreted some of the information reflected on Plaintiff's payroll earnings statements and other time records for these pay periods when preparing the original verified summary.

[2] This summary is based upon the hours reported as worked by Plaintiff during the relevant pay periods and is subject to future objection by Defendant.

| Pay Period Ending | Hours Reported As Worked | Overtime Hours Reported As Worked | Salary and Wages Paid |
|---|---|---|---|
| 08/21/10 | 80 | 0 | $ 961.54 |
| 09/04/10 | 80 | 0 | $ 961.54 |
| 09/18/10 | 80 | 0 | $ 1,235.58[3] |
| Equivalent hourly rate of pay increased to $12.62 | | | |
| 10/02/10 | 80 | 0 | $ 1,009.62 |
| 10/16/10 | 80 | 0 | $ 1,009.62 |
| 10/30/10 | 80 | 0 | $ 1,009.62 |
| 11/13/10 | 80 | 0 | $ 1,380.81[4] |
| 11/27/10 | 56 | 0 | $ 1,009.62 |
| 12/11/10 | 80 | 0 | $ 1,009.62 |
| 12/25/10 | 40 | 0 | $ 1,009.62 |
| 01/08/11 | 72 | 0 | $ 1,009.62 |
| 01/22/11 | 80 | 0 | $ 1,009.62 |
| 02/05/11 | 80 | 0 | $ 1,009.62 |
| 02/19/11 | 80 | 0 | $ 1,009.62 |
| 03/05/11 | 80 | 0 | $ 1,009.62 |
| 03/19/11 | 80 | 0 | $ 1,009.62 |
| 04/02/11 | 80 | 0 | $ 1,009.62 |
| 04/16/11 | 76 | 0 | $ 1,009.62 |
| 04/30/11 | 64 | 0 | $ 1,009.62 |
| 05/14/11 | 80 | 0 | $ 1,009.62 |
| 05/28/11 | 80 | 0 | $ 1,009.62 |
| 06/11/11 | 72 | 0 | $ 1,009.62 |
| 06/25/11 | 80 | 0 | $ 1,009.62 |
| 07/09/11 | 80 | 0 | $ 1,009.62 |

---

[3] The pay for this period includes $225.96 in retroactive pay.
[4] The pay for this period includes $371.19 in bonus pay.

| Pay Period Ending | Hours Reported As Worked | Overtime Hours Reported As Worked | Salary and Wages Paid |
|---|---|---|---|
| 07/23/11 | 80 | 0 | $ 1,009.62 |
| 08/06/11 | 80 | 0 | $ 1,060.10 |
| Equivalent hourly rate of pay increased to $13.25 | | | |
| 08/20/11 | 64 | 0 | $ 1,060.10 |
| 09/03/11 | 80 | 0 | $ 1,060.10 |
| 09/17/11 | 80 | 0 | $ 1,060.10 |
| 10/01/11 | 72 | 0 | $ 1,060.10 |
| 10/15/11 | 80 | 0 | $ 1,060.10 |
| 10/29/11 | 80 | 0 | $ 1,060.10 |
| 11/12/11 | 80 | 0 | $ 1,590.40[5] |
| 11/26/11 | 48 | 0 | $ 1,060.10 |
| 12/10/11 | 40 | 0 | $ 1,060.10 |
| 12/24/11 | 80 | 0 | $ 1,060.10 |
| 01/07/12 | 40 | 0 | $ 1,060.10 |
| 01/21/12 | 80 | 0 | $ 1,060.10 |
| 02/04/12 | 80 | 0 | $ 1,060.10 |
| 02/18/12 | 80 | 0 | $ 1,060.10 |
| 03/03/12 | 80 | 0 | $ 1,060.10 |
| 03/17/12 | 80 | 0 | $ 1,060.10 |
| 03/31/12 | 80 | 0 | $ 1,060.10 |
| 04/14/12 | 72 | 0 | $ 1,060.10 |
| 04/28/12 | 83 | 3 | $ 1,119.74 |
| 05/12/12[6] | 16 | 0 | $ 1,060.10 |
| 05/26/12 | - | - | - |
| 06/09/12 | - | - | - |

---

[5] The pay for this period includes $529.94 in bonus pay.
[6] Plaintiff begins FMLA leave on May 2, 2012. This is the last pay period that Plaintiff received any compensation from Defendant.

| Pay Period Ending | Hours Reported As Worked | Overtime Hours Reported As Worked | Salary and Wages Paid |
|---|---|---|---|
| 06/23/12 | - | - | - |
| 07/07/12 | - | - | - |
| 07/21/12 | - | - | - |
| 08/04/12 | - | - | - |
| 08/18/12[7] | - | - | - |
| 09/01/12 | - | - | - |
| 09/15/12 | - | - | - |
| 09/29/12 | - | - | - |
| 10/13/12 | - | - | - |
| 10/27/12 | - | - | - |
| 11/10/12 | - | - | - |
| 11/24/12 | - | - | - |
| 12/08/12 | - | - | - |
| 12/22/12 | - | - | - |
| 01/05/13 | - | - | - |
| 01/19/13 | - | - | - |
| 02/02/13 | - | - | - |
| 02/16/13 | - | - | - |
| 03/02/13 | - | - | - |
| 03/16/13 | - | - | - |
| 03/30/13 | - | - | - |
| 04/13/13 | - | - | - |
| 04/27/13 | - | - | - |
| 05/11/13 | - | - | - |
| 05/25/13 | - | - | - |
| 06/08/13 | - | - | - |

---

[7] Plaintiff's employment with Defendant ended on August 9, 2012.

| Pay Period Ending | Hours Reported As Worked | Overtime Hours Reported As Worked | Salary and Wages Paid |
|---|---|---|---|
| 06/22/13 | - | - | - |
| 07/06/13 | - | - | - |
| 07/20/13 | - | - | - |
| 08/03/13 | - | - | - |
| 08/17/13 | - | - | - |
| 08/31/13[8] | - | - | - |

---

[8] Plaintiff filed this civil action on August 29, 2013.

# VERIFICATION

STATE OF FLORIDA       )
                       )ss.:
COUNTY OF DUVAL        )

BEFORE ME, the undersigned authority, this day is personally appeared DONNY ALLEN OWENS, who is known to me who after being duly sworn states that the information contained in the foregoing Defendant's Amended Verified Summary Of Hours is true and correct to the best of his knowledge, information, and belief based upon his personal knowledge and his review of Defendant's official payroll records for the period in question.

Signature: _____

Printed Name: DONNY ALLEN OWENS

SWORN TO AND SUBSCRIBED BEFORE ME this 29th day of January, 2014.

_____
Notary Public

JILL R. JONES
Commission # DD 974486
Expires March 24, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

DATED this 29th day of January, 2014.

                                                    Respectfully submitted,

/s/ John E. Duvall
John E. Duvall, Esquire
Florida Bar Number 503932
jduvall@fordharrison.com

R. Michelle Tatum, Esquire
Florida Bar Number 816051
mtatum@fordharrison.com

FORD**HARRISON**LLP
225 Water Street, Suite 710 (32202)
Post Office Box 41566
Jacksonville, Florida  32203
Telephone:   (904) 357-2000
Facsimile:     (904) 357-2001

Attorneys for the named Defendant, Morgan & Morgan, P.A.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2014, the foregoing Defendant's Amended Verified Summary Of Hours was electronically filed with the Clerk of the Court using the CM/ECF system, which will not provide notice to Plaintiff as he is proceeding *pros se*. I further certify that on this same day I served a true and complete copy of the foregoing Defendant's Verified Summary Of Hours via United States Postal Service first class mail upon the following:

        Christopher J. Hranek
        2633 Lafayette Boulevard
        Steubenville, Ohio  43952

        Plaintiff proceeding *Pro Se*.


        /s/ John E. Duvall
        Attorney

Jacksonville:49948.1

- 8 -
FORDHARRISON LLP | CASE NO.:  3:13-cv-01061-MMH-JRK