UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER J. HRANEK,

    Plaintiff,

v.                              Case No.: 3:13-cv-1061-MMH-JRK

MORGAN & MORGAN, P.A.

    Defendant.
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted on October 13, 2014. All individual parties or their representatives and their respective trial counsel, designated corporate representatives, and required claim professionals were present with requisite settlement authority. The case settled upon terms set forth in the settlement agreement entered into by the parties. The case is set during the trial term beginning July 6, 2015.

**Dated** this 13th day of October, 2014.

_____
Mattox S. Hair, Esquire
**Mediator,** Cer. No. 4080CFR
Florida Bar No. 0032828
1022 Park Street, Suite 201
Jacksonville, Florida 32204
Telephone: (904) 358-3580
Facsimile: (904) 358-0468
mattoxhair@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 13, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties:

David B. Sacks, Esquire
The Law Office of David B. Sacks, P.A.
4494 Southside Blvd., Suite 101
Jacksonville, FL 32216
david@sackslegal.com
sackslegal@gmail.com

John E. Duvall, Esquire
R. Michelle Tatum, Esquire
FordHarrison, LLP
225 Water Street, Suite 710
Jacksonville, FL 32202
357-2000
mtatum@fordharrison.com

Mattox S. Hair, Esquire
Mediator, Cer. No. 4080CFR
Florida Bar No. 0032828
1022 Park Street, Suite 201
Jacksonville, FL 32204
Telephone (904) 358-3580
Facsimile 904) 358-0468
mattoxhair@aol.com

18-071