# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHRISTOPHER J. HRANEK,

    Plaintiff,

v.

MORGAN & MORGAN, P.A.,

    Defendant.

CASE NO.: 3:13-cv-01061-MMH-JRK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Christopher J. Hranek, and Defendant, Morgan & Morgan, P.A., by and through their undersigned attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and in accordance with footnote 1 of the Court's October 20, 2014 Order Of Administrative Closure And Reference (Doc.29), having entered into a voluntary settlement in mediation of all claims in this litigation, hereby stipulate to the dismissal with prejudice of the above-captioned action. Plaintiff and Defendant further stipulate that as a result of the mediated settlement entered herein, Plaintiff's Fair Labor Standards Act claim has been settled without compromise.

DATED this 12th day of November, 2014.

- 1 -
FORDHARRISON LLP | CASE NO.: 3:13-cv-01061-MMH-JRK

Respectfully submitted,

| | |
|---|---|
| /s/ David B. Sacks | /s/ John E. Duvall |
| David B. Sacks, Esquire | John E. Duvall, Esquire |
| Florida Bar Number 964409 | Florida Bar Number 503932 |
| david@sackslegal.com | jduvall@fordharrison.com |
| | |
| THE LAW OFFICE OF DAVID B. SACKS, P.A. | FORD**HARRISON**LLP |
| 4494 Southside Boulevard, Suite 101 | 225 Water Street, Suite 710 |
| Jacksonville, Florida  32316 | Jacksonville, Florida  32202 |
| Telephone:     (904) 634-1122 | Telephone:   (904) 357-2000 |
| Facsimile:      (904) 355-8855 | Facsimile:    (904) 357-2001 |
| | |
| Attorneys for Plaintiff. | Attorneys for Defendant. |

WSACTIVELLP:7086229.1