UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER J. HRANEK,

        Plaintiff,

v.                           Case No. 3:13-cv-1061-J-34JRK

MORGAN & MORGAN, P.A.,

        Defendant.

_____

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 30; Stipulation) filed on November 12, 2014. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 13th day of November, 2014.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record